UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED

SEP 1 8 2013

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN

Tara Nicole Prean
_____

(Name of plaintiff or plaintiffs)

v.    CIVIL ACTION NO._____

First Tennessee Bank /
First Horizon National /
FTN Finanacial
(Name of defendant or defendants)

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Tara Nicole Prean
         (name of plaintiff)

is a citizen of the United States and resides at 7073 Gleneagles Dr.
                                                 (street address)

Memphis          U.S.A.            TN
(city)           (country)         (state)

38141            (901) 628-1331
(zip code)       (telephone number)

Revised 4-18-08

3. Defendant __First Tennessee Bank__
(defendant's name)
lives at, or its business is located at __165 Madison Ave. 3rd Floor__
(street address)
__Memphis, TN 38103__

4. Plaintiff sought employment from the defendant or was employed by the defendant at
__845 Crossover Ln. Ste 150__
(street address)
__Memphis__    __U.S.A.__    __TN__    __38117__
(city)          (country)      (state)   (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __02__   __August__   __2012__
(day)    (month)    (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about_____.
(day)    (month)    (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __31__   __August__   __2012__.
(day)    (month)    (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __19   June   2013__. (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) _X_ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5)___ national origin, defendant

   (a) ____ failed to employ plaintiff.

   (b) ____ terminated plaintiff's employment.

   (c) ____ failed to promote plaintiff.

   (d) _X_ __training program - Series 99__

10. The circumstances under which defendant discriminated against plaintiff were as follows: On or around August 2nd and 3rd 2012 I was denied the opportunity to take the Series 99 exam. I was advised that it is a compliance issue and that only supervisors can take the test. However, I am aware some or all non-supervisory white employees have been allowed to take the test and none of the non-supervisory black employees were allowed to take Series 99 exam.

11. The acts set forth in paragraph 9 of this complaint

   (a) _X_ are still being committed by defendant.

   (b) ____ are no longer being committed by defendant.

   (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) ____ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) _X_ Defendant be directed to _pay damages_

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.   I would like to have my case tried by a jury.  Yes (X)  No ( )

SIGNATURE OF PLAINTIFF

Revised 4-18-08