# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**TARA NICOLE PREAN,**
       **Plaintiff,**

**vs.**                                                                 **No. 13-cv-2729-JTF-dkv**

**FIRST TENNESSEE BANK,**
**FIRST HORIZON BANK, and**
**FTN FINANCIAL,**

       **Defendants.**

## ORDER OF DISMISSAL

Based on the Stipulation of Dismissal entered by the parties on March 24, 2014, DE #21, the Court orders this case dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED** on this 24th day of March, 2014.

                              *s/John T. Fowlkes, Jr.*
                              JOHN T. FOWLKES, JR.
                              UNITED STATES DISTRICT JUDGE