UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**TARA NICOLE PREAN,**

      Plaintiff,

v.                                                          Cv. No.: 13-2729-JTF

**FIRST TENNESSEE BANK,
FIRST HORIZON BANK, and
FTN FINANCIAL,**

      Defendants.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Stipulation of Dismissal and Order of Dismissal entered by the Court on March 24, 2014.


**APPROVED:**


*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                    THOMAS M.GOULD
UNITED STATES DISTRICT JUDGE            CLERK


March 24, 2014                          s/Lorri Fentress
DATE                                    (By) LAW CLERK