# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TARA NICOLE PREAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:13-cv-02729-JTF-dkv |
| FIRST TENNESSEE BANK NATIONAL ASSOCIATION, et al. | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tara Prean and Defendant First Tennessee Bank National Association hereby stipulate and agree that pursuant to the settlement agreement reached between the parties, this action shall be dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs in accordance with the agreement between the parties.

Respectfully submitted,

Tara Nicole Prean
7073 Gleneagles Drive
Memphis, TN 38141

*PRO SE* **PLAINTIFF**

/s/Russell W. Jackson
Carl K. Morrison, TN Bar No. 016824
Russell W. Jackson, TN Bar No. 027322

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
International Place Tower II
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
Telephone: 901.767.6160
Facsimile: 901.767.7411
carl.morrison@ogletreedeakins.com
russell.jackson@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24 day of March, 2014, I caused the foregoing to be served via U.S. Mail on the following:

>Tara Nicole Prean
>7073 Gleneagles Drive
>Memphis, TN 38141

>/s/Russell W. Jackson